## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Mark Seven Auto Plex & Detail LLC**
Lyndsi Marie Griffin
5175 Oak Hill Terrace
Cumming, GA 30040

Case No.: **14−21217−reb**
Chapter:  **7**
Judge:  **Robert Brizendine**

27−0368421

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above−styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_____
Robert Brizendine
United States Bankruptcy Judge

Dated: June 19, 2014

Form 178